October 20, 2020

<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. No. <u>19-3239</u>

UNITED STATES OF AMERICA

v.

FRANCISCO NICHOLAS BRITO, a/k/a "Nicholas Brito," a/k/a "Jose," Appellant

(D.N.J No. 2:18-cr-00557-001)


Present:    McKEE, BIBAS, and FUENTES, <u>Circuit Judges</u>

Submitted are

(1)    Appellant's motion to publish the opinion [Dkt. No. 55]; and

(2)    Appellee's response to Appellant's motion to publish the opinion [Dkt. No. 56]

in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

The foregoing motion is granted.

By the Court,

<u>s/Stephanos Bibas</u>
Circuit Judge

Dated: October 29, 2020
Tmm/cc: Alison Brill, Esq.
Lisa M. Mack, Esq.
John F. Romano, Esq.
Mark E. Coyne, Esq.